# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDDY VALENCIA,<br><br>ASHLEY OSUNA SALGUERO.<br><br>　　　　Defendant. | Case No.: 22CR1217-RBM<br><br>**ORDER CONTINUING MOTION HEARING** |

JOINT MOTION HAVING BEEN ENTERED and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the Motion Hearing/Trial Setting currently scheduled for October 14, 2022 at 9:00 a.m., be continued to November 18, 2022 at 9:00 a.m.

For reasons stated in the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

1

IT IS FURTHER ORDERED that the period of delay from the filing of the Joint Motion until November 18, 2022, is excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated: 10/7/2022

HONORABLE RUTH BERMUDEZ MONTENEGRO
United States District Court Judge